

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 25 2001

JAMES W. McCORMACK, CLERK
By:_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIVIAN MANGAN, CLINT ALLEN
and RICHARD S. ALLEN                                                    PLAINTIFFS

vs.                                No. CIV-00-670-JMM

REGIONS BANK                                                           DEFENDANT

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes Regions Bank ("Regions"), and for its motion for summary judgment, states:

1. As set forth more fully in the memorandum brief filed in support of this motion, there is no genuine issue of material fact or law that the plaintiffs' claims for breach of fiduciary duty that allegedly occurred before August 11, 1997 are barred by the three-year statute of limitations applicable to the claims. Therefore, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Regions respectfully submits that it is entitled to summary judgment as to all such claims.

WHEREFORE, Regions Bank moves the Court to enter partial summary judgment in Regions' favor on the plaintiffs' complaint as to all claims for breach of fiduciary duty allegedly occurring before August 11, 1997, for its costs and fees incurred herein, and for all other proper relief to which it may be entitled.

FRIDAY, ELDREDGE & CLARK
2000 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201-3493
(501) 376-2011

BY: _____
WILLIAM A. WADDELL, JR.
ARK. BAR ID NO. 84154

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was sent by regular mail, postage prepaid to James H. Penick, III, Esq., EICHENBAUM, LILES & HEISTER, P.A., 124 West Capitol, Suite 1400, Little Rock, Arkansas 72201 on this 25th day of July, 2001.

WILLIAM A. WADDELL, JR.