IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 4 2001

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

VIVIAN MANGAN ET AL

VS                        NO. 4:00CV00670 GH

REGIONS BANK

### ORDER

The above styled case is set for a jury trial before Judge Howard on September 19, 2001 in room 2A of the U. S. Courthouse in Little Rock. All deadlines remain in effect.

Dated this 4th day of September, 2001.

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK

BY: _____
COURTROOM DEPUTY CLERK

59

F I L E   C O P Y

pm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

September 4, 2001

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:00-cv-00670.

True and correct copies of the attached were mailed by the clerk to the following:

    Harry A. Light, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR  72201-3493

    Bruce B. Tidwell, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR  72201-3493

    William A. Waddell Jr., Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR  72201-3493

    James H. Penick III, Esq.
    Eichenbaum, Liles & Heister, P.A.
    Union National Plaza
    124 West Capitol Avenue
    Suite 1400
    Little Rock, AR  72201-3736

James W. McCormack, Clerk

Date: _____9-4-01_____    BY: _/s/ Murray_