AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
*Eastern District of Arkansas*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 27 2001

JAMES W McCORMACK, CLERK
By: _____ DEP. CLERK

VIVIAN MANGAN, RICHARD ALLEN, and
CLINT ALLEN

                  v.

REGIONS BANK

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:00CV00670 GH

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment in awarded in the following amounts for plaintiffs and against defendant. Plaintiff Vivian Mangan is awarded $151,193.57, plaintiff Richard Allen is awarded $151,193.57 and plaintiff Clint Allen is awarded $151,193.57 in damages. Punitive damages against Regions Bank in the amount of $546,419.29 is awarded.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 9/27/01 BY _____

| | |
|---|---|
| September 26, 2001 | James W. McCormack |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

September 27, 2001

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:00-cv-00670.

True and correct copies of the attached were mailed by the clerk to the following:     press, post, file

> Harry A. Light, Esq.
> Friday, Eldredge & Clark
> Regions Center
> 400 West Capitol Avenue
> Suite 2000
> Little Rock, AR   72201-3493
>
> Bruce B. Tidwell, Esq.
> Friday, Eldredge & Clark
> Regions Center
> 400 West Capitol Avenue
> Suite 2000
> Little Rock, AR   72201-3493
>
> William A. Waddell Jr., Esq.
> Friday, Eldredge & Clark
> Regions Center
> 400 West Capitol Avenue
> Suite 2000
> Little Rock, AR   72201-3493
>
> James H. Penick III, Esq.
> Eichenbaum, Liles & Heister, P.A.
> Union National Plaza
> 124 West Capitol Avenue
> Suite 1400
> Little Rock, AR   72201-3736

James W. McCormack, Clerk

Date:  9/27/01                              BY:   Lorna Jones