**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 1 0 2003

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIVIAN MANGAN, ET AL.                                                PLAINTIFFS

v.                                 No. 4:00CV00670 GH

REGIONS BANK                                                        DEFENDANT

## ORDER

By order filed on February 5th, the Court summarized the arguments of the parties and the

applicable law on defendant's motion for judgment as a matter of law, new trial and remittitur.  The

Court stated that it was inclined to find that the verdict as to compensatory damages is not consistent

with the Court's instruction on the measure of damages in light of the evidence of the performance

of the personal trust common stock fund and such an inconsistency would be against the evidence

as instructed and operate as a miscarriage of justice that would warrant a new trial.  Turning to the

issue of punitive damages, the Court agreed that there was sufficient evidence to show conscious

indifference or reckless disregard to support an award of punitive damages.  The Court added,

however, that since the Court is inclined to believe that the amount of compensatory damages

awarded is suspect in light of the instructions, the ratio of the amount of the punitive damages award

to proper compensatory damages is also implicated.  Before issuing a final order definitively ruling

on the pending motions, the Court stated that it would be in the best interest of the parties and

judicial economy for the parties to attend a settlement conference before the Magistrate Judge and,

-1-

if the parties were unable to resolve the remaining issues, the Court would file a final order ruling on all motions.

The settlement conference was held before the Magistrate Judge on February 27th and the Clerk's minutes, filed that same date, reflect that the parties were unable to reach a settlement. Thus, this order constitutes the Court's final ruling on the pending motions.

In accordance with the Court's analysis of the evidence and applicable law as set out in the February 5th order, the Court finds that the portion of defendant's motion (#79-1) for judgment as a matter of law is denied and that the portion of defendant's motion (#79-2) for a new trial is granted thereby rendering moot the portion of defendant's motion (#79-3) for remittitur as well as defendant's motion (#77) to stay proceedings to enforce judgment and plaintiffs' motion (#81) to amend judgment to allow for pre-judgment and post-judgment interest. Counsel for the parties are directed to advise the Court by letter, within fifteen days of the file-date of this order, as to dates when they are available for the new trial.

IT IS SO ORDERED this _10_ day of March, 2003.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3|11|03 BY ___

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

March 11, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:  4:00-cv-00670.

True and correct copies of the attached were mailed by the clerk to the
following:     press, file

      Harry A. Light, Esq.
      Friday, Eldredge & Clark
      Regions Center
      400 West Capitol Avenue
      Suite 2000
      Little Rock, AR  72201-3493

      Bruce B. Tidwell, Esq.
      Friday, Eldredge & Clark
      Regions Center
      400 West Capitol Avenue
      Suite 2000
      Little Rock, AR  72201-3493

      William A. Waddell Jr., Esq.
      Friday, Eldredge & Clark
      Regions Center
      400 West Capitol Avenue
      Suite 2000
      Little Rock, AR  72201-3493

      James H. Penick III, Esq.
      Eichenbaum, Liles & Heister, P.A.
      Union National Plaza
      124 West Capitol Avenue
      Suite 1400
      Little Rock, AR  72201-3736

James W. McCormack, Clerk

Lorna Jones

Date: _____     BY: _____

3/11/03