**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**MAR 3 1 2003**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIVIAN MANGAN, ET AL.                                            PLAINTIFFS

v.                          No. 4:00CV00670 GH

REGIONS BANK                                                     DEFENDANT

## ORDER

By order filed on March 10th, the Court directed counsel for the parties to advise the Court

by letter as to dates when they are available for the new trial.  Based on counsel's submissions, the

trial will commence the week of September 22, 2003, in Courtroom 2A at 9:30 a.m.

IT IS SO ORDERED this _3 1_ day of March, 2003.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON_4 1 03_ BY_____

**100**

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325


April 1, 2003



* * MAILING CERTIFICATE OF CLERK * *


Re:   4:00-cv-00670.



True and correct copies of the attached were mailed by the clerk to the
following:      press, file


        Harry A. Light, Esq.
        Friday, Eldredge & Clark
        Regions Center
        400 West Capitol Avenue
        Suite 2000
        Little Rock, AR   72201-3493

        Bruce B. Tidwell, Esq.
        Friday, Eldredge & Clark
        Regions Center
        400 West Capitol Avenue
        Suite 2000
        Little Rock, AR   72201-3493

        William A. Waddell Jr., Esq.
        Friday, Eldredge & Clark
        Regions Center
        400 West Capitol Avenue
        Suite 2000
        Little Rock, AR   72201-3493

        James H. Penick III, Esq.
        Eichenbaum, Liles & Heister, P.A.
        Union National Plaza
        124 West Capitol Avenue
        Suite 1400
        Little Rock, AR   72201-3736



                                            James W. McCormack, Clerk

        4/1/03                              Lorna Jones
Date: _____     BY: _____