IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 6 2003

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

VIVIAN MANGAN, ET AL.                                    PLAINTIFFS

v.                          No. 4:00CV00670 GH

REGIONS BANK                                             DEFENDANT

## ORDER

The above captioned case is set for trial to commence the morning of September 22nd.  The

next civil case that is set for that week will require the Court to employ an interpreter.  Due to the

possibility of unnecessary expenses caused by a last minute settlement, the Court is directing that

counsel and the parties, either in person or by telephone, meet to discuss settlement and report to the

Court by 4:30 p.m. on September 17th the results of those discussions.  Counsel were notified of this

order by telephone this date.

IT IS SO ORDERED this  16  day of September, 2003.

*George Howard, Jr.*

UNITED STATES DISTRICT JUDGE

9/17/03  BY  D Jones

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325


September 17, 2003


* * MAILING CERTIFICATE OF CLERK * *


Re:   4:00-cv-00670.


True and correct copies of the attached were mailed by the clerk to the
following:      press, file

        Harry A. Light, Esq.
        Friday, Eldredge & Clark
        Regions Center
        400 West Capitol Avenue
        Suite 2000
        Little Rock, AR  72201-3493

        Bruce B. Tidwell, Esq.
        Friday, Eldredge & Clark
        Regions Center
        400 West Capitol Avenue
        Suite 2000
        Little Rock, AR  72201-3493

        William A. Waddell Jr., Esq.
        Friday, Eldredge & Clark
        Regions Center
        400 West Capitol Avenue
        Suite 2000
        Little Rock, AR  72201-3493

        James H. Penick III, Esq.
        Eichenbaum, Liles & Heister, P.A.
        Union National Plaza
        124 West Capitol Avenue
        Suite 1400
        Little Rock, AR  72201-3736


                                        James W. McCormack, Clerk

        9/17/03                             Lorna Jones
Date: _____           BY: _____