FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 2 2 2003

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIVIAN MANGAN, ET AL.                                    PLAINTIFFS

v.                          No. 4:00CV00670 GH

REGIONS BANK                                             DEFENDANT

## ORDER

The Court declared a mistrial on motion of defendant. Trial will commence with a new jury pool at 9:30 a.m. on September 24, 2003.

IT IS SO ORDERED this 22 day of September, 2003.

*Kenye Howard, Jr.*
UNITED STATES DISTRICT JUDGE

9/23/03

F I L E   C O P Y

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

loj

September 23, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:  4:00-cv-00670.

True and correct copies of the attached were mailed by the clerk to the following:    press, file

    Harry A. Light, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    Bruce B. Tidwell, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    William A. Waddell Jr., Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    James H. Penick III, Esq.
    Eichenbaum, Liles & Heister, P.A.
    Union National Plaza
    124 West Capitol Avenue
    Suite 1400
    Little Rock, AR   72201-3736

James W. McCormack, Clerk

Date:  9/23/04 _____          BY:  Lorna Jones _____