FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 3 0 2003

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIVIAN MANGAN et al

VS                        NO.  4:00CV00670 GH

REGIONS BANK

## O R D E R

Counsel for the parties have informed the Court that this matter has settled but additional time is necessary for the submission of documents necessary to effectuate the dismissal. The Clerk is directed to administratively terminate this action and remove it from the Court's docket. If counsel have not submitted dismissal documents within 60 days of this order, the case will be dismissed with prejudice. The Court retains jurisdiction in this matter.

Dated this 30TH  day of SEPTEMBER, 2003.

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK

BY: _____
COURTROOM DEPUTY CLERK

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

September 30, 2003


* * MAILING CERTIFICATE OF CLERK * *


Re:  4:00-cv-00670.


True and correct copies of the attached were mailed by the clerk to the following:     press, file

    Harry A. Light, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    Bruce B. Tidwell, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    William A. Waddell Jr., Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    James H. Penick III, Esq.
    Eichenbaum, Liles & Heister, P.A.
    Union National Plaza
    124 West Capitol Avenue
    Suite 1400
    Little Rock, AR   72201-3736


                                James W. McCormack, Clerk

    9/30/03                                    L Jones
Date: _____        BY: _____