IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIVIAN MANGAN, CLINT ALLEN
AND RICHARD S. ALLEN                                        PLAINTIFFS

VS.                      CASE NO.: 4:00CV-0670GH

REGIONS BANK                                                 DEFENDANT

## ORDER OF DISMISSAL

This action came on before the Court and the parties announced that the complaint had been fully and finally settled and compromised pursuant to a memorandum of settlement. The parties also announced they had agreed that the terms of the settlement are confidential.

IT IS THEREFORE ORDERED that the plaintiffs' complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that all pending motions are denied as moot.

DATED this 3 day of October, 2003.

HONORABLE GEORGE HOWARD
UNITED STATES DISTRICT JUDGE

APPROVED:

JAMES H. PENICK, III
EICHENBAUM, LILES & HEISTER, P.A.
124 West Capitol, Suite 1400
Little Rock, AR 72201

WILLIAM A. WADDELL, JR.
FRIDAY, ELDREDGE & CLARK
2000 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 10/6/03 BY

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

October 6, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:00-cv-00670.

True and correct copies of the attached were mailed by the clerk to the following:   press, file

    Harry A. Light, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    Bruce B. Tidwell, Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    William A. Waddell Jr., Esq.
    Friday, Eldredge & Clark
    Regions Center
    400 West Capitol Avenue
    Suite 2000
    Little Rock, AR   72201-3493

    James H. Penick III, Esq.
    Eichenbaum, Liles & Heister, P.A.
    Union National Plaza
    124 West Capitol Avenue
    Suite 1400
    Little Rock, AR   72201-3736

James W. McCormack, Clerk

Date:  10/6/03                                      BY:  L Jones